**WALTERS & WALTERS**
ATTORNEYS AT LAW

GERARD A. WALTERS
GAW@WALTERS-LEGAL.COM

MATTHEW J. WALTERS*
MJW@WALTERS-LEGAL.COM

*Also admitted in the State of New Jersey
and the District of Columbia

# MEMORANDUM ENDORSED

November 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/21

<u>Via ECF</u>
Hon. Gregory H. Woods, U.S.D.J.
Daniel Patrick Moynihan
United States District Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

Re: Velazquez v. Olde Good Things, Inc., *et al.*
(Docket No. 21-cv-4431)

Honorable Sir:

Please be respectfully advised that our firm represents Defendant Olde Good Things, Inc. in the above-referenced matter. However, we respectfully submit this correspondence jointly with Plaintiff.

The parties are currently in pre-answer settlement discussions to see if this matter can be resolved in its entirety without the necessity of further judicial intervention. However, while the settlement discussions are being conducted in good-faith by all parties, we require more time to see if an ultimate resolution can be reached.

Currently, there is an initial conference scheduled to take place on November 9, 2021 before Your Honor. However, we believe that there is a reasonable chance that the conference may be mooted by a global settlement in this matter and request that it be adjourned so that the parties can further explore and discuss settlement. To that end, we respectfully request that Defendants' time to answer the Complaint be extended for two months – to January 4, 2022 – and that the initial conference be rescheduled to a date shortly thereafter.

Should Your Honor have any questions regarding same or require anything further, please do not hesitate to contact the undersigned.

cc: B. Bradley Weitz, Esq. (via ECF)

Respectfully Yours,

Matthew J. Walters

Application granted. The deadline for defendant to answer or otherwise respond to the complaint is extended to January 4, 2022. The initial pretrial conference currently scheduled for November 9, 2021, is adjourned to January 18, 2022 at 4:30 p.m. The joint status letter and proposed case management plan described in the Court's September 21, 2021 order are due no later than January 11, 2022. The Clerk of Court is directed to terminate the motion currently pending at Dkt. No. 12.

SO ORDERED.

Dated: November 5, 2021
New York, New York

GREGORY H. WOODS
United States District Judge



20 VESEY STREET, SUITE 700 ▪ NEW YORK, NY 10007
PHONE (212)227-1666 ▪ FAX (212)571-4107
WWW.WALTERS-LEGAL.COM