```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                            :
RICARDO VELASQUEZ,                :
                                            :
                          Plaintiff,    :                1:21-cv-04431-GHW
                                            :
                -against-                 :                   ORDER
                                            :
OLDE GOOD THINGS, INC. and 302    :
ASSOCIATES,                             :
                                            :
                        Defendants.  :
                                            X
--------------------------------------------------------------

GREGORY H. WOODS, District Judge:

        In the order scheduling the initial pretrial conference in this matter, Dkt. No. 10, and as modified by the Court's January 2, 2022 Order, Dkt. No. 15, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than February 7, 2022. The Court has not received the parties' submissions. The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than February 10, 2022.

        The Court also notes that the mediation scheduled for February 1, 2022 was not held. The parties are reminded that pursuant to the Court's September 21, 2021 Order, Dkt. No. 9, mediation was ordered to take place at least two weeks before the initial pretrial conference.

        SO ORDERED.

Dated: February 8, 2022
New York, New York
                                                      GREGORY H. WOODS
                                                United States District Judge